WILLIAM DOBBS, Respondent, *v.* DENNIS KING, Appellant.

Submitted January 3, 1951; decided January 18, 1951.

*C. Ellis Schiffmacher* for appellant.

*Walter Pick* and *Robert Lee Henry* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.